ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| KBR Diego Garcia, LLC | ) ASBCA No. 63538 |
| | ) |
| Under Contract No. N62742-17-D-3600 | ) |

APPEARANCES FOR THE APPELLANT:     Craig A. Holman, Esq.
                                   Amanda J. Sherwood, Esq.
                                   Keith J. Feigenbaum, Esq.
                                     Arnold & Porter Kaye Scholer LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                     Navy Chief Trial Attorney
                                   Robyn L. Hamady, Esq.
                                     Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: November 7, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63538, Appeal of KBR Diego Garcia, LLC, rendered in conformance with the Board's Charter.

Dated: November 7, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals